JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| EUGENE M. CALDERON,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>BROOKLYN WATER ENTERPRISES, INC., a Florida Corporation,<br>and DOES 1-100, inclusive;<br><br>　　　　　　　Defendants. | Case No.: CV 13-06648-GW(PLAx)<br><br>JUDGE: Hon. George H. Wu<br>CRTRM: 10<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

　　Based on the stipulation of the parties,

　　IT IS HEREBY ORDERED THAT this action and all claims Plaintiff has asserted against Defendant in this action are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party is to bear its attorney's fees and costs of suit.

Dated: February 11, 2014　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

　　　　　　　　　　　　　　　　　　GEORGE H. WU, U.S. District Judge

---

1
[Proposed] ORDER OF DISMISSAL WITH PREJUDICE